NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TYRONE TERRY,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )            Case No. 2D17-4423
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed October 24, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.